SCANNED at SCCC and E-mailed
1-16-20 by [initials] . 6 pages
date        initials    No.

# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI

Anthony O'Neal    1236662
(full name)        (Register No).

Plaintiff(s).

Case No. 19-3441-CV-S-BP

v.

Conrad Sutton
(Full name)

Defendant(s).

Defendants are sued in their (check one):
___ Individual Capacity
✓ Official Capacity
___ Both

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I. Place of present confinement of plaintiff(s): South Central Correctional Center

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff Anthony O'Neal                    Register No. 1236662
   Address 255 W. Hwy 32 Licking, MO 65542

B. Defendant Conrad Sutton

   Is employed as South Central Correctional Center Staff

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

III. Do your claims involve medical treatment? Yes ✓ No ___

IV. Do you request a jury trial? Yes ✓ No ___

V. Do you request money damages? Yes ✓ No ___

State the amount claimed? $2 Million / 2 Million (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes ___ No ___

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure? Yes ✓ No ___

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes ✓ No ___

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
I presented the claim under Cruel and unusual punishment and excessive use of force. South Central Corrections wont present me a copy of the grievance so the time and dates are unavailable at this time.

D. If you have not filed a grievance, state the reasons.
_____
_____
_____

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes ___ No ✓

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes ___ No ✓

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: _____
         (Plaintiff)              (Defendant)
(2) Date filed: _____

2

Case 6:19-cv-03441-BP   Document 7   Filed 01/16/20   Page 2 of 6

(3) Court where filed: _____

(4) Case Number and citation: _____

(5) Basic claim made: _____

(6) Date of disposition: _____

(7) Disposition: _____
               (Pending) (on appeal) (resolved)
(8) If resolved, state whether for: _____
               (Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

SEE ATTAched
2 PAGES

B. State briefly your legal theory or cite appropriate authority:
Excessive use of force and Cruel and unsual punishment

3

Case 6:19-cv-03441-BP   Document 7   Filed 01/16/20   Page 3 of 6

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.
I would like to be compensated for the excessive use of force in which I recieved physical and mental damages

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. N/A

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action? Yes ✓ No ___

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.
ACLU
Kevin Schriener

C. Have you previously had a lawyer representing you in a civil action in this court?
Yes ___ No ✓

If your answer is "Yes," state the name and address of the lawyer.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this ___Jan.___ day of ___16___ 20_20_.

_Anthony Oneal_
Signature(s) of Plaintiff(s)

4

On April 14, 2019 I was placed in a Dry Cell due to allegations of having a open Kiss at visitation at South Central Correctional Center

I was placed in full restraints from head to feet for 17 days straight. I ate, slept and used the restroom in these full restraints with "NO" break. I wasn't able to shower or brush my teeth for 17 days straight. I laid in feces and rotten food on the floor the whole time. Not one time was this area cleaned.

I ate everything they fed me, I had 10 plus bowel movements and everyone of them no ~~Contraband~~ was found. They took 4 xrays against my will and everyone revealed nothing was inside me. Yet I was still held inside this cell over half a month in these conditions and state from April 14 2019 - May 7, 2019*. There was nothing ever discovered because I never had anything.

I suffered swollen hands and feet during this duration. I now take medication for the damage nerves inside my foot for having them shackles on for 17 days straight. I already suffer ~~~~ from depression In which I also take medication for.

who authorized this use of force to continue this long. He came to see me two times inside this cell threaten that he would not let me go until I give him something I never had. It was because of him I sat and suffered this long in a inhumane/bondage after I did everthing they asked of me. This is cruel and unsual punishment the average days you suppose to do in Dry cell is 72 hours ~~⬛~~ He made me do 17 days. He let his staff find me guilty of a "unknown" ~~contraband~~ that nobody ever seen or had in which I "then" stayed in adminstrative segergation from May 7st 2019 to Aug. 2019.

※ Note: There wasn't no clock or calender inside this dry cell. I didn't have no pen or paper to document anything.