IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

ANTHONY O'NEAL )
)
      Plaintiff, )
)
v. ) Case No. 19-03441-CV-S-BP
)
WARDEN L. MICHELE BUCKNER, )
*et al.,* )
)
      Defendants. )

## JUDGMENT IN A CIVIL CASE

_X_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

___ **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

    Defendants James Brashers, Jacob Conley, Sherry Rosenbum, Stacey Babayco, Darren Cook, David Cope, Darrel Myers, Tylor Norris, Victoria Tausend, Ruth Williams, Sabrina Cohn, and Richard Hewitt dismissed pursuant to Order dated February 22, 2021, (Doc. 45).

All official capacity claims dismissed pursuant to Order dated February 22, 2021, (Doc. 45).

Count IV withdrawn by Plaintiff during trial on August 16, 2022.

Pursuant to jury verdicts rendered on August 17, 2022:
Judgment for Plaintiff and against L. Michelle Buckner on Count I, II, III and V; plaintiff is awarded $22,500 in actual damages and $37,500 in punitive damages on each count for a total of $90,000 in actual damages and $150,000 in punitive damages, for a total judgment against L. Michelle Buckner in the amount of $240,00.

Pursuant to jury verdicts rendered on August 17, 2022:
Judgment for Plaintiff and against Conrad Sutton on Count I, II, III and V; plaintiff is awarded $22,500 in actual damages and $62,500 in punitive damages on each count for a total of $90,000 in actual damages and $250,000 in punitive damages, for a total judgment against Conrad Sutton in the amount of $340,00.

| | |
|---|---|
| August 18, 2022 | Paige Wymore-Wynn |
| Date | Clerk of Court |
| | |
| | /s/ Shauna Murphy-Carr |
| | (by) Deputy Clerk |